Dear Honorable Judge Collins,
I'm writing a character letter for Terrance Bobo. I have known Terrance for 35 years and have been happily married to him for 24 years. I have had the pleasure to be in his life, we have raised a total of seven children and raised 3 inside our home. Terrance has been a great role model for our children. Terrance has worked hard to teach our boys to become hard working young men and to be respectful. Terrance has made some good and bad choices but through it all he has been a great father and husband. Terrance is a very polite, manerable, respectful, trustworthy, and dedicated hard working man. Terrance takes pride in his work and love to take on new challanges. Terrance takes so much pride in his work & skills. I have always been impressed with his professionolism, work ethic, and dedication. Terrance has always been reliable and a trustworthy husband. Terrance is a kind and compassionate person, that deeply cares of others. Terrance is alway willing to to lend a helping has and goes

out his way to make sure those around him are taken care of. I belive that Terrance Bobo is a valuable member of our society who has made a positive impact on those around him. I strongly recommend him as a person of good character who deserves leniency in his current situation.

Thank You
MAKeshee Boboo